# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO 18-40390-KKS** |
| | **Chapter: 7** |
| **RANALLO, BRIAN WALTER** | |
| **RANALLO, MARY CYNTHIA,** | |
| **DEBTOR(S).** | |
| _____/ | |

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

**TO:** Debtor(s), Creditors, and Parties in Interest

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
   Equity interest in electronics ($195); jewelry ($450); cat and dog ($20); bank accounts ($227).

2. Manner of Sale:     Private ( X )*     Public Auction (  )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   Private sale to BRIAN WALTER RANALLO and MARY CYNTHIA RANALLO of property identified above for a total of $892.00 payable at the rate of $74.34 per month for twelve (12) consecutive months with the first payment due on October 15, 2018. Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317. This sale is "as is", "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchase(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only)  The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: <u>November 14, 2018</u>     /S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Smith, Thompson, Shaw, et al
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
Florida Bar No. 0184012
trustee@marycolon.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on November 14, 2018.

/S/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:  RANALLO, BRIAN WALTER<br>RANALLO, MARY CYNTHIA | CASE NO: 18-40390-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/14/2018, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2018

/s/ MARY W. COLON
MARY W. COLON  0184012
MARY W. COLON, TRUSTEE
P O BOX 14596
TALLAHASSEE, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:  RANALLO, BRIAN WALTER<br>RANALLO, MARY CYNTHIA | CASE NO: 18-40390-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 11/14/2018, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
MARY W. COLON
MARY W. COLON, TRUSTEE
P O BOX 14596
TALLAHASSEE, FL  32317

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
11294
CASE 18-40390-KKS
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE
WED NOV 14 11-52-01 EST 2018

BK GLOBAL REAL ESTATE SERVICES
1095 BROKEN SOUND PARKWAY SUITE 200
BOCA RATON FL 33487-3503

FLORIDA STATE UNIVERSITY CREDIT UNION
CO J BLAIR BOYD
POST OFFICE BOX 3637
TALLAHASSEE FL 32315-3637

KELLER WILLIAMS TOWN AND COUNTRY
REALTY INC
ATTN SARAH GRANGER HENNING AGENT
1520 KILLEARN CENTER BOULEVARD
SUITE 100
TALLAHASSEE FL 32309-3700

NATIONSTAR MORTGAGE LLC DBA MR COOPER
ROBERTSON ANSCHUTZ AND SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

NATIONSTAR MORTGAGE LLC DBA MR COOPER
CO ROBERTSON ANSCHUTZ AND SCHNEID
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON FL 33487-2853

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SMITH THOMPSON SHAW MINACCI AND COLON
PA
3520 THOMASVILLE ROAD
FOURTH FLOOR
TALLAHASSEE FL 32309-3478

AMERICAN EXPRESS
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 981535
EL PASO TX 79998-1535

ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

CAPITAL CITY BANK
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 900
TALLAHASSEE FL 32302-0900

CAPITAL ONE
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CHASEJP MORGAN CHASE
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 15298
WILMINGTON DE 19850-5298

CITIBANK NA
ATTN BANKRUPTCY LITIGATION OFFICER
701 E 60TH STREET NORTH
MAIL CODE 1251
SIOUX FALLS SD 57104-0432

CITIBANK NA
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 6062
SIOUX FALLS SD 57117-6062

CITIBANK NA
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 6500
SIOUX FALLS SD 57117-6500

CITIBANK NA
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 790046
SAINT LOUIS MO 63179-0046

DORIS MALOY LEON COUNTY TAX COLLECTOR
ATTN TAX ADMINISTRATION DEPARTMENT
POST OFFICE BOX 1835
TALLAHASSEE FL 32302-1835

FSU CREDIT UNION
ATTN BANKRUPTCY LITIGATION OFFICER
2806 SHARER RD
TALLAHASSEE FL 32312-2100

FIRST COMMERCE CREDIT UNION
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 6416
TALLAHASSEE FL 32314-6416

FREEDOM MORTGAGE
ATTN BANKRUPTCY DEPARTMENT
PO BOX 619063
DALLAS TX 75261-9063

GREAT LAKES
ATTN BANKRUPTCY LITIGATION OFFICER
PO BOX 7860
MADISON WI 53707-7860

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MR COOPER
ATTN BANKRUPTCY DEPARTMENT
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

REGIONS BANK
ATTN BANKRUPTCY LITIGATION OFFICER
PO BANK 1984
BIRMINGHAM AL 35201-1984

SYNCHRONY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965061
ORLANDO FL 32896-5061

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
ST LOUIS MO 63166-0108

UNITED STATES ATTORNEY
21 EAST GARDEN STREET
PENSACOLA FL 32502-5676

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
ATTN- BANKRUPTCY LITIGATION OFFICER
PO BOX 10335
DES MOINES IA 50306-0335

ALLEN TURNAGE
ALLEN TURNAGE PA
PO BOX 15219
2344 CENTERVILLE ROAD SUITE 101
TALLAHASSEE FL 32308-4389

DEBTOR
BRIAN WALTER RANALLO
3513 KILKENNY DRIVE EAST
TALLAHASSEE FL 32309-3110

MARY CYNTHIA RANALLO
3513 KILKENNY DRIVE EAST
TALLAHASSEE FL 32309-3110

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596