Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-40390 KKS  
**Case Name:** RANALLO, BRIAN WALTER  

**Period Ending:** 12/31/18

**Trustee:** (290330)  Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 07/20/18 (f)  
**§341(a) Meeting Date:** 08/20/18  
**Claims Bar Date:** 12/20/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3513 Kilkenny Drive East, Tallahassee, FL 32309 | 260,000.00 | 0.00 | | 0.00 | FA |
| 2 | 441 High Pointe Lane, Tallahassee, FL 32301-0000<br>   Potential short sale pending | 113,000.00 | 10,200.00 | | 0.00 | 7,500.00 |
| 3 | 2013 Ford f150, 90000 miles, Crewcab XLT | 19,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2011 Honda Pilot EX, 100000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2006 Honda Accord, 150000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods | 1,190.00 | 0.00 | | 0.00 | FA |
| 7 | Electronics | 655.00 | 195.00 | | 48.89 | 146.11 |
| 8 | Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 450.00 | 450.00 | | 112.83 | 337.17 |
| 10 | 1 Cat and 2 dogs | 20.00 | 20.00 | | 5.01 | 14.99 |
| 11 | Checking: Wellsfargo | 27.00 | 27.00 | | 6.77 | 20.23 |
| 12 | Savings: Wells Fargo | 200.00 | 200.00 | | 50.18 | 149.82 |
| 13 | Checking: SunTrust Bank | 1,620.00 | 0.00 | | 0.00 | FA |
| 14 | 401-K: Retirement | 7,000.00 | 0.00 | | 0.00 | FA |
| 15 | Term Life Insurance: Wife or Husband | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2017 tax refund (u)<br>   Estimated | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 17 | 2018 tax refund (u)<br>   Estimated | Unknown | 550.00 | | 0.00 | 550.00 |

Printed: 01/16/2019 10:16 AM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-40390 KKS  
**Case Name:** RANALLO, BRIAN WALTER  

**Period Ending:** 12/31/18

**Trustee:** (290330)   Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 07/20/18 (f)  
**§341(a) Meeting Date:** 08/20/18  
**Claims Bar Date:** 12/20/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 17   **Assets**   **Totals**  (Excluding unknown values) | $419,512.00 | $12,642.00 | | $223.68 | $9,718.32 |

**Major Activities Affecting Case Closing:**

BK Global & Henning to sell 441 High Point Ln  
Promissory note collections through September 15, 2019.  
2017 tax return/refund (noticed 9-20-18)  
2018 tax return/refund (noticed 11-9-18)  
STSMCP employed as General Counsel  
TFR  
TDR  

Promissory note - Equity interest in electronics ($195); jewelry ($450); cat and dog ($20); bank accounts ($227).  
Total of $892.00 payable at the rate of $74.34 per month.  Commence on October 15, 2018.

NOITS doc. 35 filed; objections due by 12-5-18; no objections were filed.  
Application to Employ General Counsel filed doc. 32; order submitted 11-18-18.  
served order doc. 30.  
2017 tax refund turnover letter sent 9-30-18.  
Application to Employ BK Global & Keller Williams filed doc. 19; order submitted 9-20-18; corrected 10-30-18.  
Notice of assetes filed doc. 17  
owe note (over $892 in personal property); sent 9-5-18  
fixed asset schedule requested 8-28-18

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 18-40390 KKS | **Trustee:** (290330) Mary W. Colon, chapter 7 trustee |
|---|---|---|
| **Case Name:** | RANALLO, BRIAN WALTER | **Filed (f) or Converted (c):** 07/20/18 (f) |
| | | **§341(a) Meeting Date:** 08/20/18 |
| **Period Ending:** | 12/31/18 | **Claims Bar Date:** 12/20/18 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 1, 2020        **Current Projected Date Of Final Report (TFR):** March 1, 2020

_____  January 16, 2019
Date

/s/ Mary W. Colon, chapter 7 trustee
_____
Mary W. Colon, chapter 7 trustee

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-40390 KKS
**Case Name:** RANALLO, BRIAN WALTER

**Taxpayer ID #:** **-***8227
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******9966 - Checking Account
**Blanket Bond:** $250,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/18 | | Ranallo, Mary | Acct #1; Payment #1; note payment | | | 74.34 | | 74.34 |
| | {7} | | Acct #1; Payment #1;<br>note payment | 16.25 | 1129-000 | | | 74.34 |
| | {9} | | Acct #1; Payment #1;<br>note payment | 37.50 | 1129-000 | | | 74.34 |
| | {10} | | Acct #1; Payment #1;<br>note payment | 1.67 | 1129-000 | | | 74.34 |
| | {11} | | Acct #1; Payment #1;<br>note payment | 2.25 | 1129-000 | | | 74.34 |
| | {12} | | Acct #1; Payment #1;<br>note payment | 16.67 | 1129-000 | | | 74.34 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 69.34 |
| 11/16/18 | | Ranallo, Mary | Acct #1 NOITS DOC. 35; Payment #2, 3; note payment | | | 75.00 | | 144.34 |
| | {7} | | Acct #1 NOITS DOC. 35;<br>Payment #2; note<br>payment | 16.25 | 1129-000 | | | 144.34 |
| | {7} | | Acct #1 NOITS DOC. 35;<br>Payment #3; note<br>payment | 0.14 | 1129-000 | | | 144.34 |
| | {9} | | Acct #1 NOITS DOC. 35;<br>Payment #2; note<br>payment | 37.50 | 1129-000 | | | 144.34 |
| | {9} | | Acct #1 NOITS DOC. 35;<br>Payment #3; note<br>payment | 0.33 | 1129-000 | | | 144.34 |
| | {10} | | Acct #1 NOITS DOC. 35;<br>Payment #2; note | 1.67 | 1129-000 | | | 144.34 |

Subtotals :  $149.34  $5.00

{} Asset reference(s)

Printed: 01/16/2019 10:16 AM   V.14.14

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 18-40390 KKS  
**Case Name:** RANALLO, BRIAN WALTER  

**Taxpayer ID #:** **-***8227  
**Period Ending:** 12/31/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9966 - Checking Account  
**Blanket Bond:** $250,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | payment | | | | | |
| | {10} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 0.01 | 1129-000 | | | 144.34 |
| | {11} | | Acct #1 NOITS DOC. 35; Payment #2; note payment | 2.25 | 1129-000 | | | 144.34 |
| | {11} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 0.02 | 1129-000 | | | 144.34 |
| | {12} | | Acct #1 NOITS DOC. 35; Payment #2; note payment | 16.67 | 1129-000 | | | 144.34 |
| | {12} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 0.16 | 1129-000 | | | 144.34 |
| 12/19/18 | | Ranallo, Brian | Acct #1 NOITS DOC. 35; Payment #3, 4; note payment | | | 74.34 | | 218.68 |
| | {7} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 16.11 | 1129-000 | | | 218.68 |
| | {7} | | Acct #1 NOITS DOC. 35; Payment #4; note payment | 0.14 | 1129-000 | | | 218.68 |
| | {9} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 37.17 | 1129-000 | | | 218.68 |
| | {9} | | Acct #1 NOITS DOC. 35; | 0.33 | 1129-000 | | | 218.68 |

**Subtotals :**   $74.34   $0.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 18-40390 KKS | Trustee: | Mary W. Colon, chapter 7 trustee (290330) |
| --- | --- | --- | --- |
| Case Name: | RANALLO, BRIAN WALTER | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9966 - Checking Account |
| Taxpayer ID #: | **-***8227 | Blanket Bond: | $250,000.00   (per case limit) |
| Period Ending: | 12/31/18 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Payment #4; note payment | | | | | |
| | {10} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 1.65 | 1129-000 | | | 218.68 |
| | {10} | | Acct #1 NOITS DOC. 35; Payment #4; note payment | 0.01 | 1129-000 | | | 218.68 |
| | {11} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 2.23 | 1129-000 | | | 218.68 |
| | {11} | | Acct #1 NOITS DOC. 35; Payment #4; note payment | 0.02 | 1129-000 | | | 218.68 |
| | {12} | | Acct #1 NOITS DOC. 35; Payment #3; note payment | 16.52 | 1129-000 | | | 218.68 |
| | {12} | | Acct #1 NOITS DOC. 35; Payment #4; note payment | 0.16 | 1129-000 | | | 218.68 |

Subtotals :       $0.00       $0.00

{} Asset reference(s)                                                                                                           Printed: 01/16/2019 10:16 AM    V.14.14

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 18-40390 KKS  
**Case Name:** RANALLO, BRIAN WALTER  

**Taxpayer ID #:** **-***8227  
**Period Ending:** 12/31/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9966 - Checking Account  
**Blanket Bond:** $250,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Account ******9966

|   |                    |        |   |                    |      |
|---|--------------------|--------|---|--------------------|------|
|   | Balance Forward    | 0.00   |   |                    |      |
| 3 | Deposits           | 223.68 | 0 | Checks             | 0.00 |
| 0 | Interest Postings  | 0.00   | 1 | Adjustments Out    | 5.00 |
|   | Subtotal           | 223.68 | 0 | Transfers Out      | 0.00 |
| 0 | Adjustments In     | 0.00   |   | Total              | 5.00 |
| 0 | Transfers In       | 0.00   |   |                    |      |
|   | Total              | 223.68 |   |                    |      |

Net Receipts : 223.68

Net Estate : $223.68

Case Totals

|   |                    |        |   |                    |      |
|---|--------------------|--------|---|--------------------|------|
|   | Balance Forward    | 0.00   |   |                    |      |
| 3 | Deposits           | 223.68 | 0 | Checks             | 0.00 |
| 0 | Interest Postings  | 0.00   | 1 | Adjustments Out    | 5.00 |
|   | Subtotal           | 223.68 | 0 | Transfers Out      | 0.00 |
| 0 | Adjustments In     | 0.00   |   | Total              | 5.00 |
| 0 | Transfers In       | 0.00   |   |                    |      |
|   | Total              | 223.68 |   | Net Total Balance  | 218.68 |

January 16, 2019  
_____  
Date  

/s/ Mary W. Colon, chapter 7 trustee  
_____  
Mary W. Colon, chapter 7 trustee  

{} Asset reference(s)                                                                                   Printed: 01/16/2019 10:16 AM    V.14.14