FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Brian Walter Ranallo
   SSN/ITIN: xxx–xx–8698
  Debtor

Mary Cynthia Ranallo
   SSN/ITIN: xxx–xx–2764
  Joint Debtor

Bankruptcy Case No.:  18–40390–KKS

Chapter:  7
Judge:  Karen K. Specie

**Notice of Non Evidentiary Hearing**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301, on August 22, 2019, at 10:30 AM, Eastern Time.

   *38* – Motion to Sell Property Free and Clear of Liens under Section 363(f) by private sale to Luciana Ximena Hornung and Maria Jesus Mendiola Chavez de Hornung [fee amount $181] filed by Mary W. Colon on behalf of Mary W. Colon. (Colon, Mary)

Dated: July 2, 2019

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Mary W. Colon shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.