**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 18-40390-KKS |
| | CHAPTER 7 |
| **Brian Walter Ranallo,** | |
| **Mary Cynthia Ranallo,** | |
|     **Debtors.** | |
| _____/ | |

**OBJECTION TO CHATER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C §(b), (f) AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF**

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), by and through undersigned counsel, hereby files its Objection to Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C §(b), (f) and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief ("Motion") (Docket No. 38) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 441 HIGH POINT LN, TALLAHASSEE, FL 32301 (the "Property").

2. On June 27, 2019, Mary W. Colón (the "Trustee"), Trustee filed Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C §(b), (f) and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief requesting approval to sell the property for $101,000.00.

3. The estimated payoff of Secured Creditor's lien is $96,050.50 as of August 1, 2019. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Trustee's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid according to written short sale approval or in full at the closing of said sale based upon an up to date payoff quote.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above requests and for such other and further relief as the Court deems just and proper.

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/Keith Labell
    Keith Labell, Esquire
    Florida Bar No. 0109158
    Email: klabell@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2019, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALLEN TURNAGE, P.A.
P.O. BOX 15219 2344 CENTERVILLE ROAD, SUITE 101
TALLAHASSEE, FL 32317

MARY W. COLON
P.O. BOX 14596
TALLAHASSEE, FL 32317

UNITED STATES TRUSTEE
U.S. TRUSTEE 110 E. PARK AVENUE, SUITE 128
TALLAHASSEE, FL 32301

BRIAN WALTER RANALLO
3513 KILKENNY DRIVE EAST
TALLAHASSEE, FL 32309

MARY CYNTHIA RANALLO
3513 KILKENNY DRIVE EAST
TALLAHASSEE, FL 32309

By: /s/Keith Labell
Keith Labell, Esquire
Florida Bar No. 0109158
Email: klabell@rasflaw.com
