**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**IN RE:**                                     **CASE NO 18-40390-KKS**
                                                           **Chapter:  7**

**BRIAN WALTER RANALLO,**

           **DEBTOR(S).**
**_____/**

**NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE**

**TO:**  Debtor(s), Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

       Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

       If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

       If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1.   Description of property:

Real Property located at 441 High Point Ln, Tallahassee, FL 32301, described as:

THE NORTH PART OF LOT 5 BLOCK "C" RICHVIEW PARK (UNRECORDED)

COMMENCE AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 1 NORTH, RANGE 1 EAST, LEON COUNTY, FLORIDA, AND RUN NORTH 89 DEGREES 53 MINUTES 32 SECONDS WEST 799.27 FEET, THENCE RUN NORTH 00 DEGREES 26 MINUTES 26 SECONDS EAST 307.40 FEET, THENCE SOUTH 89 DEGREES 07 MINUTES 31 SECONDS WEST 120.73 FEET, THENCE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST 25.01 FEET, THENCE SOUTH 89 DEGREES 07 MINUTES 31 SECONDS WEST 325.05 FEET, THENCE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST 114.06 FEET TO THE SOUTHERLY BOUNDARY OF A PROPOSED 36 FOOT WIDE ROADWAY TO BE KNOWN AS RICHVIEW PARK CIRCLE SOUTH; THENCE CONTINUE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST 18.00 FEET TO THE CENTERLINE OF SAID PROPOSED ROADWAY; THENCE SOUTH 89 DEGREES 40 MINUTES 09 SECONDS EAST ALONG SAID CENTERLINE 144.69 FEET; THENCE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST 18.00 FEET TO THE NORTHERLY BOUNDARY OF SAID PROPOSED 36 FOOT ROADWAY; THENCE LEAVING SAID BOUNDARY CONTINUE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST 293.15 FEET TO THE POINT OF BEGINNING; FROM SAID POINT OF BEGINNING RUN SOUTH 89 DEGREES 48 MINUTES 45 SECONDS WEST ALONG A COMMON WALL AND THE PROJECTIONS THEREOF 120.00 FEET TO THE EASTERLY BOUNDARY OF A PROPOSED 36 FOOT WIDE ROADWAY TO BE KNOWN AS HIGH POINT LANE, THENCE NORTH 00 DEGREES 19 MINUTES 51 SECONDS EAST ALONG SAID BOUNDARY 32.93

FEET, THENCE LEAVING SAID BOUNDARY RUN SOUTH 89 DEGREES 40 MINUTES 09 SECONDS EAST 120.00 FEET; THENCE SOUTH 00 DEGREES 19 MINUTES 51 SECONDS WEST 31.85 FEET TO THE POINT OF BEGINNING.

2. Manner of Sale:  Private ( X )*     Public Auction ( )

3. Terms of Sale:  (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   a. Private sale to: Luciana Ximena Hornung, Camila Yrina Hornung, Maria Jesus Mendiola Chavez de Hornung, and Franklin Douglas Hornung Ferruzo

   b. **Free and Clear of Liens, encumbrances and Interests.**  Mr. Cooper holds a first mortgage and note on said real property. Regions Bank holds a second mortgage and note on said real property. Based on short sale approval letters from both lenders, the lenders have consented to the payoffs identified in the short sale letters.

   c. Selling price and terms as follows: $101,000.00 as is in its current condition with full right of inspection. Buyer is responsible for all inspection fees. Seller does not warrant condition.

   d. Additional Terms: Closing will take place within thirty (30) days of issuance of a Court Order authorizing the sale. Seller has agreed to pay real estate commission, documentary stamp taxes on the deed, recording fees for bankruptcy documents, estoppel request and dues to association. No seller's property disclosure will be provided. Purchaser shall receive a Trustee's Deed.

Purchaser has made a deposit of $950.00 with the balance to be paid at closing.

e. The proceeds from the sale shall be disbursed in the following manner:

| | |
|---|---:|
| Payoff to Mr. Cooper (first mortgage) | $82,534.55 |
| Payoff to Regions Bank (second mortgage) | $3,000.00 |
| Brokerage fees (6% of sales price) | $6,060.00 |
| Documentary Stamps | $707.00 |
| Estoppel requests and dues to Association | $200.00 |
| Recording Fees not to exceed | $100.00 |
| Pro-rated taxes 1/1/19 to 7/29/19 (Estimated) | $915.95 |
| | |
| Estate Fee to be received: | $7,500.00 |

4. **Lienors and additional co-owners:**

Mr. Cooper holds a first mortgage against said real property. Based on a short sale letter, Mr. Cooper has agreed to accept $82,534.55. Based on Debtors' schedules, Regions Bank is the second mortgage holder and based on the short sale letter has agreed to accept $3,000.00. Time is of the essence for Buyer, so the Trustee previously filed a Motion to Sell Free and Clear of All Liens pursuant to Section 363 of the Bankruptcy Code (Doc. 38).

The purchase price was/were established by review of the schedules, any additional documents and testimony provided by parties, negotiated in good faith within the principles of good business judgment with the relevant parties by and through a real estate agent, who marketed and produced the contract before the estate.

*(Applicable to private sales only)  The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in excess of 10% more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

IF NO HIGHER BIDS ARE RECEIVED TIMELY, THE SALE WILL PROCEED AS SET FORTH IN THIS NOTICE.  IF HIGHER BID(S) ARE RECEIVED TIMELY, THE TRUSTEE SHALL CONDUCT A TELEPHONIC OR IN-COURT AUCTION BETWEEN THE BIDDERS WHOSE BIDS ARE NOTICED ABOVE AND ARE RECEIVED TIMELY IN ACCORDANCE WITH THIS NOTICE.  ANY BIDDER THAT DOES NOT PARTICIPATE IN ANY AUCTION SCHEDULE IN ACCORDANCE WITH THIS NOTICE IS DISQUALIFIED.

     NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection.  If no objection is filed, the sale described above will take place.

DATED: July 25, 2019                /S/ Mary W. Colón
                                              MARY W. COLÓN
                                              Chapter 7 Trustee
                                              P. O. Box 14596
                                              Tallahassee, FL 32317
                                              Telephone No.: (850) 241-0144
                                              Facsimile: (850) 702-0735
                                              Florida Bar No. 0184012
                                              trustee@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:  RANALLO, BRIAN WALTER | CASE NO: 18-40390-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 7/25/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/25/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:  RANALLO, BRIAN WALTER | CASE NO: 18-40390-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 7/25/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/25/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BK GLOBAL REAL ESTATE SERVICES | FLORIDA STATE UNIVERSITY CREDIT UNION |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | 1095 BROKEN SOUND PARKWAY SUITE 200 | CO J BLAIR BOYD |
| 11294 | BOCA RATON FL 33487-3503 | POST OFFICE BOX 3637 |
| CASE 18-40390-KKS | | TALLAHASSEE FL 32315-3637 |
| NORTHERN DISTRICT OF FLORIDA | | |
| TALLAHASSEE | | |
| THU JUL 25 13-54-37 EDT 2019 | | |

| KELLER WILLIAMS TOWN AND COUNTRY | NATIONSTAR MORTGAGE LLC DBA MR COOPER | NATIONSTAR MORTGAGE LLC DBA MR COOPER |
|---|---|---|
| REALTY INC | ROBERTSON ANSCHUTZ AND SCHNEID PL | CO ROBERTSON ANSCHUTZ AND SCHNEID |
| ATTN SARAH GRANGER HENNING AGENT | 6409 CONGRESS AVENUE SUITE 100 | 6409 CONGRESS AVENUE |
| 1520 KILLEARN CENTER BOULEVARD | BOCA RATON FL 33487-2853 | SUITE 100 |
| SUITE 100 | | BOCA RATON FL 33487-2853 |
| TALLAHASSEE FL 32309-3700 | | |

| PRA RECEIVABLES MANAGEMENT LLC | SMITH THOMPSON SHAW MINACCI AND COLON | AMERICAN EXPRESS |
|---|---|---|
| PO BOX 41021 | PA | ATTN BANKRUPTCY LITIGATION OFFICER |
| NORFOLK VA 23541-1021 | 3520 THOMASVILLE ROAD | PO BOX 981535 |
| | FOURTH FLOOR | EL PASO TX 79998-1535 |
| | TALLAHASSEE FL 32309-3478 | |

| AMERICAN EXPRESS NATIONAL BANK | ATTORNEY GENERAL OF THE UNITED STATES | CAPITAL CITY BANK |
|---|---|---|
| CO BECKET AND LEE LLP | 950 PENNSYLVANIA AVE NW | ATTN BANKRUPTCY LITIGATION OFFICER |
| PO BOX 3001 | WASHINGTON DC 20530-0009 | PO BOX 900 |
| MALVERN PA 19355-0701 | | TALLAHASSEE FL 32302-0900 |

| CAPITAL ONE | CAPITAL ONE BANK USA NA | CHASEJP MORGAN CHASE |
|---|---|---|
| ATTN BANKRUPTCY LITIGATION OFFICER | PO BOX 71083 | ATTN BANKRUPTCY LITIGATION OFFICER |
| PO BOX 30285 | CHARLOTTE NC 28272-1083 | PO BOX 15298 |
| SALT LAKE CITY UT 84130-0285 | | WILMINGTON DE 19850-5298 |

| CITIBANK NA | CITIBANK NA | CITIBANK NA |
|---|---|---|
| ATTN BANKRUPTCY LITIGATION OFFICER | ATTN BANKRUPTCY LITIGATION OFFICER | ATTN BANKRUPTCY LITIGATION OFFICER |
| 701 E 60TH STREET NORTH | PO BOX 6062 | PO BOX 6500 |
| MAIL CODE 1251 | SIOUX FALLS SD 57117-6062 | SIOUX FALLS SD 57117-6500 |
| SIOUX FALLS SD 57104-0432 | | |

| CITIBANK NA | DORIS MALOY LEON COUNTY TAX COLLECTOR | FSU CREDIT UNION |
|---|---|---|
| ATTN BANKRUPTCY LITIGATION OFFICER | ATTN TAX ADMINISTRATION DEPARTMENT | ATTN BANKRUPTCY LITIGATION OFFICER |
| PO BOX 790046 | POST OFFICE BOX 1835 | 2806 SHARER RD |
| SAINT LOUIS MO 63179-0046 | TALLAHASSEE FL 32302-1835 | TALLAHASSEE FL 32312-2100 |

| FIRST COMMERCE CREDIT UNION | FREEDOM MORTGAGE | GREAT LAKES |
|---|---|---|
| ATTN BANKRUPTCY LITIGATION OFFICER | ATTN BANKRUPTCY DEPARTMENT | ATTN BANKRUPTCY LITIGATION OFFICER |
| PO BOX 6416 | PO BOX 619063 | PO BOX 7860 |
| TALLAHASSEE FL 32314-6416 | DALLAS TX 75261-9063 | MADISON WI 53707-7860 |

| INTERNAL REVENUE SERVICE | MR COOPER | PYOD LLC |
|---|---|---|
| CENTRALIZED INSOLVENCY OPERATIONS | ATTN BANKRUPTCY DEPARTMENT | RESURGENT CAPITAL SERVICES |
| PO BOX 7346 | 8950 CYPRESS WATERS BLVD | PO BOX 19008 |
| PHILADELPHIA PA 19101-7346 | COPPELL TX 75019-4620 | GREENVILLE SC 29602-9008 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
REGIONS BANK                              SYNCHRONY BANK                            SYNCHRONY BANK
ATTN BANKRUPTCY LITIGATION OFFICER        ATTN BANKRUPTCY DEPARTMENT                CO PRA RECEIVABLES MANAGEMENT LLC
PO BANK 1984                              PO BOX 965061                             PO BOX 41021
BIRMINGHAM AL 35201-1984                  ORLANDO FL 32896-5061                     NORFOLK VA 23541-1021


US BANK NA DBA ELAN FINANCIAL SERVICES    UNITED STATES DEPARTMENT OF EDUCATION     UNITED STATES ATTORNEY
BANKRUPTCY DEPARTMENT                     CLAIMS FILING UNIT                        21 EAST GARDEN STREET
PO BOX 108                                PO BOX 8973                               PENSACOLA FL 32502-5676
ST LOUIS MO 63166-0108                    MADISON WI 53708-8973


UNITED STATES TRUSTEE                     WELLS FARGO BANK NA                       WELLS FARGO BANK NA WELLS FARGO CARD
110 E PARK AVENUE                         WELLS FARGO HOME MORTGAGE                 SER
SUITE 128                                 ATTN- BANKRUPTCY LITIGATION OFFICER       PO BOX 10438 MAC F823502F
TALLAHASSEE FL 32301-7728                 PO BOX 10335                              DES MOINES IA 50306-0438
                                          DES MOINES IA 50306-0335


ALLEN TURNAGE                             DEBTOR                                    MARY CYNTHIA RANALLO
ALLEN TURNAGE PA                          BRIAN WALTER RANALLO                      3513 KILKENNY DRIVE EAST
PO BOX 15219                              3513 KILKENNY DRIVE EAST                  TALLAHASSEE FL 32309-3110
2344 CENTERVILLE ROAD SUITE 101           TALLAHASSEE FL 32309-3110
TALLAHASSEE FL 32308-4389


MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596
```